5196

Order issued December 6, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01464-CV

**CHANON RODRIGUEZ, Appellant**

**V.**

**NANCY BARR, Appellee**

## ORDER

We **GRANT** appellant's December 3, 2012 motion for an extension of time to file a brief.

Appellant shall file her brief on or before January 3, 2013. We caution appellant that no further

extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

DOUGLAS S. LANG
JUSTICE